# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **TERRY KLEINPETER** | **CIVIL CASE NO. 6:24-CV-01565** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CAJUN FAST TRACKS LLC ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record noting the lack of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 24] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that that MOTION TO REMAND [Doc. 10] filed by Plaintiff Terry Young is DENIED without prejudice to the right of Plaintiff to re-urge her motion at the end of the parties' jurisdictional discovery.

THUS, DONE AND SIGNED in Chambers on this 1st day of August 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT COURT

.